# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schanzle-Haskins, Thomas P. | United States District Court Central District of Illinois | 06/05/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge (full-time) | ☐ Nomination Date<br>☑ Initial ☐ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>05/05/2014 |

**7. Chambers or Office Address**

600 East Monroe, Rm 124
Springfield, IL 62701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Independent Representative (Executor) | Estate #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/12-12/12 | Partnership Income: Brown, Hay & Stephens (net) | $248,986.00 |
| 2. 1/13-12/13 | Partnership Income: Brown, Hay & Stephens (net) | $260,094.00 |
| 3. 1/14-3/14 | Partnership Income: Brown, Hay & Stephens (net) | $44,970.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/12-12/12 | State of Illinois salary |
| 2. 1/13-12/13 | State of Illinois salary |
| 3. 1/14-3/14 | State of Illinois salary |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 06/05/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Bank, Springfield, Illinois | Unsecured line of credit | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 06/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brown Hay & Stephens DC Pension Plan & 401k, Filer does not own assets | | None | M | T | | | | | |
| 2. John Hancock Life Insurance Policy | | None | K | T | | | | | |
| 3. Interest bearing account, Illinois National Bank, Springfield, IL | A | Interest | J | T | | | | | |
| 4. Estate #1 - Decedent's Residence | | None | | | Sold | 08/30/13 | L | A | |
| 5. Estate #1 Mineral Royalty Interests / Mineral Rights, Clay & Wayne Co. | C | Royalty | | | Sold | 11/30/13 | K | E | |
| 6. Estate #1 Mineral Interests, Clay County, IL (no mineral production) | | None | J | W | | | | | |
| 7. Estate #1 Bank Account, Illinois National Bank, Springfield, IL | E | Interest | K | T | | | | | |
| 8. EWN Netherlands ETF | | None | | | Buy | 07/25/13 | J | | |
| 9. EWN Netherlands Ishares ETF | | None | | | Sold | 08/22/13 | J | A | |
| 10. EWP Spain ETF | A | Dividend | J | T | Buy | 10/18/13 | J | | |
| 11. EWW Mexico ETF | | None | | | Sold | 03/22/13 | J | A | |
| 12. FDN ETF Internet Index FD | | None | J | T | Buy | 05/06/13 | J | | |
| 13. FNX ETF Mid Cap Core | A | Dividend | J | T | Buy | 11/25/13 | J | | |
| 14. FXD ETF IL Consumer Discretionary | A | Dividend | J | T | Buy | 05/13/13 | J | | |
| 15. FXH ETF IL Health Care | A | Dividend | J | T | Buy | 01/30/13 | J | | |
| 16. FXZ Materials ETF | A | Dividend | | | Sold | 04/10/13 | K | A | |
| 17. ICF Real Estate ETF | | None | | | Sold | 06/03/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 06/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MDY ETF MIDC of A | | None | | | Sold | 10/19/13 | K | C | |
| 19. PGJ ETF Golden Dragon China Paverish | A | Dividend | J | T | Buy | 10/21/13 | J | | |
| 20. THD ETF Thailand | | None | | | Sold | 06/03/13 | J | A | |
| 21. WOOD Timber ETF | | None | | | Buy | 05/03/13 | J | | |
| 22. WOOD Timber ETF | | None | | | Sold | 06/03/13 | J | | |
| 23. AGTHX Growth Fund of America | B | Dividend | K | T | | | | | |
| 24. AGTHX Growth Fund of America | | None | | | Buy | 01/28/14 | K | | |
| 25. AIBAX Intermediate Bond Fund | A | Dividend | K | T | | | | | |
| 26. AIVSX Investment Co. of America | C | Dividend | K | T | | | | | |
| 27. AMECX Income Fund of America | B | Dividend | L | T | | | | | |
| 28. CAIBX Capital Income Builder | B | Dividend | K | T | | | | | |
| 29. NEWFX New World Fund | A | Dividend | K | T | | | | | |
| 30. SMCWX Small Cap World Fund | C | Dividend | L | T | | | | | |
| 31. BOND PIMCO ETF | A | Dividend | | | Sold | 01/09/13 | K | | |
| 32. DFE Wisdantree TR Europe | A | Dividend | J | T | | | | | |
| 33. DWAS SM Cap Momentum | A | Dividend | J | T | Buy | 10/17/13 | K | | |
| 34. DXJ Japan ETF | | None | | | Buy | 05/09/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 06/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DXJ Japan ETF | | None | | | Buy | 07/09/13 | J | | |
| 36. DXJ Japan ETF | | None | | | Sold | 06/03/13 | J | | |
| 37. DXJ Japan ETF | | None | | | Sold | 08/20/13 | J | | |
| 38. ECON EM MKTS ETF | | None | | | Buy | 01/03/13 | J | | |
| 39. ECON EM MKTS ETF Emerging Global | | None | | | Sold | 03/22/13 | J | | |
| 40. XLF Financial ETF Select Sector SPDR | A | Dividend | | | Sold | 05/02/13 | K | B | |
| 41. XRT Retail | A | Dividend | J | T | Buy | 07/12/13 | J | | |
| 42. Bank Deposit, Illinois National Bank, Springfield, IL | A | Interest | J | T | | | | | |
| 43. China Exchange Traded Fund (ETF) PGJ | | None | | | Sold | 01/27/14 | J | | |
| 44. Retail ETF - XRT | | None | | | Sold | 01/27/14 | J | | |
| 45. Real Estate ETF - ICF | | None | J | T | | | | | |
| 46. Europe Dividend ETF - DFE | A | Dividend | J | T | | | | | |
| 47. CONS DISC ETF - FXD | A | Dividend | J | T | | | | | |
| 48. Mid Cap Core ETF - FNX | A | Dividend | J | T | | | | | |
| 49. Real Estate ETF - ICF | A | Dividend | J | T | | | | | |
| 50. Europacific Growth FD - AEPGX | | None | K | T | Buy | 01/09/14 | K | | |
| 51. Intermediate BD FD - AIBAX | A | Dividend | | | Sold | 01/09/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 06/05/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. New Perspective FD - ANWPX | | None | K | T | Buy | 01/09/14 | K | | |
| 53. New World Fund NEWFX | | None | | | Sold | 01/28/14 | K | | |
| 54. Capital Income BLDR FD - CAIBX | A | Dividend | K | T | | | | | |
| 55. Income Fund of Amerilca ANECX | A | Dividend | L | T | | | | | |
| 56. Investment Co of America - AIVSX | A | Dividend | K | T | | | | | |
| 57. Small Cap World SMCWX | | None | L | T | | | | | |
| 58. Internet ETF - FDN | | None | J | T | | | | | |
| 59. Healthcare ETF - FXH | | None | K | T | | | | | |
| 60. Spain ETF - EWP | | None | J | T | | | | | |
| 61. Sm Cap Momentum ETF - DWAS | | None | J | T | | | | | |
| 62. Bank Deposit, U.S. Bank, Springfield, IL | A | Interest | J | T | | | | | |
| 63. FDN Internet ETF | | None | | | Sold | 04/07/14 | J | C | |
| 64. DWAS Small Cap ETF | | None | | | Sold | 04/14/14 | K | | |
| 65. UNG Natural Gas ETF | | None | J | T | Buy | 05/02/14 | J | | |
| 66. FXR Ind Prod ETF | | None | J | T | Buy | 05/02/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 06/05/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 1: These retirement plans are administrered by the American Bar Association. In these plans, the filer does not own the underlying assets and cannot control the selection of assets, other than choosing a general category of investment. The specific funds in the Plans described on Line 1, Part VII, are Stable Asset Return Fund, Large Cap Equity Fund, and International All Cap Equity Fund. The employer match for the 401k plan for the filer's contributions made between January 1st and May 5th of 2014 will be made in 2014. After those employer match contributions are made, there will be no further contributions made by the filer's former law firm. The filer's spouse will soon be employed by the former law firm of the filer and the filer will be recused from participation in any litigation involving Brown, Hay & Stephens' attorneys due to spouse's employment by the firm.

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 06/05/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas P. Schanzle-Haskins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544